Irene Ruzin, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, RACHEL CHAVEZ

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RACHEL CHAVEZ, | ) Case No.: CV 11-05047 OP |
| Plaintiff, | ) |
| | ) [~~PROPOSED~~] ORDER |
| vs. | ) <u>AWARDING EAJA FEES</u> |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) HON. OSWALD PARADA |
| | ) UNITED STATES MAGISTRATE |
| Defendants. | ) JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of TWO THOUSAND AND SIXTY EIGHT DOLLARS ($2,068.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: __11/29/11__

_____
HON. OSWALD PARADA
U.S. MAGISTRATE JUDGE